IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ROCKY MOUNTAIN ACADEMY, INC.<br><br>Debtor(s) | CASE NO. 05-10847 (MFW)<br><br>CHAPTER 7<br><br>RE: Docket No. 27, 29 |

## ORDER

AND NOW, on this __3d__ day of __February__, 2014, upon consideration of Trustee George L. Miller's Motion to Deposit Unclaimed Funds in the Court Registry, it is hereby:

**ORDERED**, that the Motion is GRANTED and it is further ORDERED that the funds in the amount of $13,813.43 will be deposited in the Court Registry.

BY THE COURT:

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge