# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Rocky Mountain Academy, Inc.
P.O. Box 4008
Austin, TX 83847
  **EIN:** 82–0374249

**Chapter:** 7

**Case No.:** 05–10847–MFW

## NOTICE OF HEARING

Timothy J. Wilcox has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 10/1/14 at 02:00 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801 . Objections are due on or before 9/24/14 .

*(signature)*
Clerk of Court

Date: 8/29/14

(VAN–455)

United States Bankruptcy Court
District of Delaware

In re:  
Rocky Mountain Academy, Inc.  
      Debtor

Case No. 05-10847-MFW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0311-1      User: NancyL      Page 1 of 1      Date Rcvd: Aug 29, 2014  
                       Form ID: van455      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2014.
```
db            +Rocky Mountain Academy, Inc.,   P.O. Box 4008,    Austin, TX 78765
               Brian J. Dilks, Managing Member,    Dilks & Knopik, LLC,    Timothy J. Wilcox,
                35308 SE Center St.,    Snoqualmie, WA  98065-9216
               Timothy J. Wilcox,    P.O. Box 1455,    Seeley Lake, MT 59868-1455
1483585       +Weller, Samuel,    5200 South Ulster St. #17,    Greenwood Village, Co 80111-2861
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             George L. Miller, Chapter 7 Trustee
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2014                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2014 at the address(es) listed below:
```
              Daniel B. Butz    on behalf of Debtor   Rocky Mountain Academy, Inc. dbutz@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              George L. Miller    on behalf of Trustee George L. Miller gmiller@millercoffeytate.com,
               DE12@ecfcbis.com;lcromley@mctllp.com;gmiller2@ecf.epiqsystems.com;dmangino@mctllp.com
              George L. Miller    gmiller@mctllp.com,
               DE12@ecfcbis.com;lcromley@mctllp.com;gmiller2@ecf.epiqsystems.com;dmangino@mctllp.com
              John T. Carroll, III    on behalf of Trustee George L. Miller jcarroll@cozen.com,
               jdeeney@cozen.com;pgiordano@cozen.com
              United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
                                                                                             TOTAL: 5
```