UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Bankruptcy Case 05-10847-MFW |
| Rocky Mountain Academy, Inc. | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF NO OBJECTION

This is to confirm that as of September 11, 2014 no objections have been filed regarding the Application for Payment of Unclaimed Funds. This Application was filed by Dilks & Knopik, LLC on behalf of Timothy J. Wilcox for the release of the unclaimed funds totaling $3,570.22.

It is requested that the Order to Pay Unclaimed Funds be granted.

Executed: September 11, 2014

By: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for
Timothy J. Wilcox
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728
Tax ID: 74-3049851